474 A.2d 673

Commonwealth v. Jackson, Appellant.

Submitted November 4, 1983. Louis G. Retacco, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.

474 A.2d 673

Commonwealth v. John, Appellant.

Submitted November 4, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.

476 A.2d 983

Commonwealth v. Johnson, Appellant.

Reargument Denied June 29, 1984.

Petition for Allowance of Appeal Denied Jan. 7, 1985.